IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS T. LAMMERS,<br><br>        Plaintiff,<br><br>vs.<br><br>COOPERATIVE PRODUCERS, INC., CPI,<br><br>        Defendant. | **8:22CV65**<br><br>**MEMORANDUM AND ORDER** |

      In the court's initial review of Plaintiff's first Complaint, the court noted that Plaintiff had "failed to file the NEOC complaint in order to establish that the claim he brings in this court was actually raised in his NEOC complaint. The court will give Plaintiff leave to do so." (Filing 12 at CM/ECF p. 4.) Plaintiff filed his Amended Complaint in a timely fashion on July 11, 2022. (Filing 13.) However, more than 1 ½ months later, my chambers received from Plaintiff an email containing a link to documents allegedly provided by the Nebraska Equal Opportunity Commission ("NEOC") regarding claims that are involved in Plaintiff's pro se case in this court. In the email, Plaintiff provides the link to such materials and states, "Here are the document(s) you requested from NEOC."

      Plaintiff is advised that the court will take no action regarding the materials appearing at the link in his email to the court, as such materials have not been properly filed with the Clerk of Court. Further, the only document the court requested to be filed with Plaintiff's Amended Complaint was the NEOC complaint. If Plaintiff wishes to submit that document to the court for its review of Plaintiff's Amended Complaint, he should extract that one document from the materials that

are the subject of the email and properly file it with the Clerk of Court as a supplement to his Amended Complaint. Accordingly,

IT IS ORDERED:

1. The court will take no action regarding the Plaintiff's email sent to my chambers email address, as it contains a link to materials that have not been properly filed with the Clerk of Court;

2. Plaintiff shall file with the court as a supplement to his Amended Complaint the NEOC complaint contained in the electronic documents sent to the court by email;

3. Plaintiff shall file the NEOC complaint as a supplement to his Amended Complaint on or before September 13, 2022. If Plaintiff fails to do so, the court will perform its initial review of Plaintiff's Amended Complaint as it now appears in the court's records.

DATED this 29th day of August, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge