IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS T. LAMMERS, | |
| Plaintiff, | 8:22-CV-65 |
| vs. | |
| COOPERATIVE PRODUCERS, INC., | JUDGMENT |
| Defendant. | |

For the reasons stated in the accompanying memorandum and order, the plaintiff's complaint is dismissed.

Dated this 19th day of September, 2024.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
Senior United States District Judge